IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSHUA WILLMONT,**

    **Plaintiff,**

    vs.                      Cause No.  05-CV-161 DRH

**PLUMBERS & FITTERS LOCAL NO. 101,
HEALTH & WELFARE FUND,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** .

                                             **NORBERT G. JAWORSKI, CLERK**

May 1, 2006                         By:  s/Patricia Brown
                                                    Deputy Clerk

APPROVED:/s/          David   RHerndon
           **U.S. DISTRICT JUDGE**